Case 4:21-cr-06008-EFS   ECF No. 360   filed 01/31/24   PageID.1861   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 01, 2024**

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:21-cr-6008-EFS-2 |
| JORDIN LEMUS ) | USM No: 33050-509 |
| ) | |
| Date of Original Judgment: 12/13/2022 ) | |
| Date of Previous Amended Judgment: 06/27/2023 ) | Andrea George |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   63   months **is reduced to**   52 months   .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   06/27/2023   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/31/2024

*Edward F. Shea* (signature)
*Judge's signature*

Effective Date: 02/01/2024
*(if different from order date)*

Edward F. Shea, U.S. District Court Judge
*Printed name and title*